IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

**JOHN TORRI, a citizen and resident**
at Benton County, Tennessee,

**Plaintiff,**
    **v.**                                                                                NO.: 1 :07-cv-O1 066-JDT-sta

**U.S. SPECIALTY INSURANCE COMPANY,**
a foreign corporation,

**Defendant.**

___

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE
___

      Come now the parties, by and through their counsel of record, and announce to the Court that the matters and things in controversy between the parties have been settled and compromised and that the Defendant, U.S. SPECIALTY INSURANCE COMPANY, should be dismissed, with prejudice.

      IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Plaintiff's cause be, and the same hereby is, dismissed with prejudice as to the Defendant, U.S.

      SPECIALTY INSURANCE COMPANY, and that the costs of this cause shall be, and the same hereby are adjudged against the Defendant, for which let execution issue.

                                                      s/ J. DANIEL BREEN
                                                      UNITED STATES DISTRICT JUDGE